CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 30 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| THEOTIS T. JOHNSON, #1092216, | )  |
| | ) Civil Action No. 7:09cv00300 |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| JOHN JABE, et al., | ) |
| | ) By: Samuel G. Wilson |
| Defendants. | ) United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that, except for the motion by defendant K. Price, the defendants' motions to dismiss or motions for summary judgment as to plaintiff's First Amendment and RLUIPA claims, as well as plaintiff's equal protection claim discussed in Part III of the memorandum opinion, are **DENIED**. All of the defendants' motions for summary judgment as to all remaining claims and issues are **GRANTED**.

**ENTER:** This 30th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE